## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRANSON, CLARE ELLEN | § | Case No. 11-19355 |
| BRANSON, WILLIAM EUGENE, JR | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 03/09/2012 in Courtroom 201,

United States Courthouse
Will County Court Annex Building
57 N. Ottawa Street, Suite 201, Joliet, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/26/2012        By: /s/ Michael G. Berland
                                                        Trustee


*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRANSON, CLARE ELLEN | § | Case No. 11-19355 |
| BRANSON, WILLIAM EUGENE, JR | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.25 |
| and approved disbursements of | $ | 25.00 |
| leaving a balance on hand of[1] | $ | 11,975.25 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $   1,925.01 | $   0.00 | $   1,925.01 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 1,925.01 |
| Remaining Balance | $ | 10,050.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,577.22  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.4  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover BankDB SERVCIING CORPORATION | $ 7,286.72 | $ 0.00 | $ 1,850.39 |
| 2 | American InfoSource LP as agent for Citibank NA | $ 4,232.32 | $ 0.00 | $ 1,074.76 |
| 3 | FIA CARD SERVICES, N.A. | $ 8,250.99 | $ 0.00 | $ 2,095.26 |
| 4 | Chase Bank USA, N.A. | $ 2,517.33 | $ 0.00 | $ 639.25 |
| 5 | Chase Bank USA, N.A. | $ 993.04 | $ 0.00 | $ 252.17 |
| 6 | Chase Bank USA, N.A. | $ 5,055.15 | $ 0.00 | $ 1,283.70 |
| 7 | Chase Bank USA, N.A. | $ 2,438.71 | $ 0.00 | $ 619.29 |
| 8 | Chase Bank USA, N.A. | $ 5,583.21 | $ 0.00 | $ 1,417.80 |
| 9 | Chase Bank USA, N.A. | $ 3,219.75 | $ 0.00 | $ 817.62 |

Total to be paid to timely general unsecured creditors          $          10,050.24

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Michael G. Berland
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 11-19355-BWB
Clare Ellen Branson                                                 Chapter 7
William Eugene Branson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: csimmons          Page 1 of 3          Date Rcvd: Jan 30, 2012
                             Form ID: pdf006          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2012.
```
db          +Clare Ellen Branson,   16233 S Serenity Drive,   Plainfield, IL 60586-8802
jdb        #+William Eugene Branson, Jr,   16233 S Serenity Drive,   Plainfield, IL 60586-8802
17238583    +Adventist Bolingbrook Hospital,   PO Box 9287,   Oak Brook, IL 60522-9287
17238584     Adventist Health Partners Inc,   PO Box 7001,   Bolingbrook, IL 60440-7001
17238585     Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
17238586    +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
17238587    +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
17885807     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17238588     Citi Cards/ Citibank,   PO Box 6500,   Sioux Falls, SD 57117-6500
17238590    +CitiBank/Sears,   P O Box 6241,   Sioux Falls, SD 57117-6241
17238593     Everhome Mortgage,   PO Box 2167,   Jacksonville, FL 32232-0004
17810842     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
17238594    +FIA CSNA,   P.O. Box 17054,   Wilmington, DE 19850-7054
17238595    +First Premier Bank,   601 S Minnesota Avenue,   Sioux Falls, SD 57104-4868
17238596    +Gary Sipe,   112 North Reed Street,   Joliet, IL 60435-6867
17238597    +HSBC Bank,   PO Box 5253,   Carol Stream, IL 60197-5253
17238598    +JFK Middle School,   12350 S Essington Road,   Plainfield, IL 60585-9528
17238600    +Malcolm S Gerald and Assoc,   332 South Michigan Avenue,   Suite 600,   Chicago, IL 60604-4318
17238601    +Michael M. Gelbort PhD,   PO Box 437,   Highland Park, IL 60035-0437
17238602    +Naperville Clinical Services,   2272 West 95th Street,   Suite 115,   Naperville, IL 60564-8944
17238604    +Plainfield Fire Protection District,   PO Box 457,   Wheeling, IL 60090-0457
17238605    +Plainfield High School Central Camp,   24120 West Fort Beggs Drive,   Plainfield, IL 60544-1833
17238606    +Professional Health Association,   12255 S 80th Avenue,   Suite 202,
              Palos Heights, IL 60463-1258
17238607     Renuka H Bhatt, MDSC,   2202 Essington Road,   Suite 101,   Joliet, IL 60435-1634
17238608    +Ruby Toosevich,   18434 Walter Street,   Lansing, IL 60438-3239
17238609     SyMed, Inc.,   PO Box 4947,   Carol Stream, IL 60122-4947
17238610     US Dept of Education,   PO Box 5609,   Greenville, TX 75403-5609
17238611    +USAA Savings Bank,   PO Box 33009,   San Antonio, TX 78265-3009
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17797852     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 31 2012 04:52:29
              American InfoSource LP as agent for,   Citibank N.A.,   PO Box 248840,
              Oklahoma City, OK  73124-8840
17238591    +E-mail/Text: clerical.department@yahoo.com Jan 31 2012 03:23:32
              Creditors Collection Bureau, Inc,   PO Box 63,   Kankakee, IL 60901-0063
17238592     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2012 04:54:40
              Discover Financial Service LLC,   PO Box 15316,   Wilmington, DE 19850-5316
17796022     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 31 2012 04:54:40     Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
17238599    +E-mail/PDF: cr-bankruptcy@kohls.com Jan 31 2012 04:57:46     Kohls/Chase,   PO 3115,
              Milwaukee, WI 53201-3115
17238603    +E-mail/Text: bankrup@nicor.com Jan 31 2012 03:02:44     Nicor Gas,   PO Box 8350,
              Aurora, IL 60507-8577
                                                                               TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17238589    ##+Citibank, NA,   PO Box 209012,   Brooklyn, NY 11220
                                                          TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 01, 2012**                     **Signature:** _Joseph Speetjens_

District/off: 0752-1                   User: csimmons              Page 3 of 3               Date Rcvd: Jan 30, 2012
                                       Form ID: pdf006             Total Noticed: 34


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2012 at the address(es) listed below:
              Charles R Wolf    on behalf of Debtor Clare Branson charleswolf@mcleodusa.net
              Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                        TOTAL: 3