UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRANSON, CLARE ELLEN | § | Case No. 11-19355 |
| BRANSON, WILLIAM EUGENE, JR | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: <br>    CHAPTER 7 ADMIN. FEES <br>    AND CHARGES <br>    (from **Exhibit 4**) <br><br> PRIOR CHAPTER <br>    ADMIN. FEES AND <br>    CHARGES (from **Exhibit 5**) <br><br>    PRIORITY UNSECURED <br>    CLAIMS (from **Exhibit 6**) <br><br> GENERAL UNSECURED <br> CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/MICHAEL G. BERLAND_____
                                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Adventist Bolingbrook Hospital PO Box 9287 Oak Brook, IL 60522 |  |  |  |  |  |
|  | Adventist Health Partners Inc PO Box 7001 Bolingbrook, IL 60440-7001 |  |  |  |  |  |
|  | Capital One PO Box 30281 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | Capital One PO Box 30281 Salt Lake City, UT 84130 |  |  |  |  |  |
|  | Chase Bank PO Box 15298 Wilmington, DE 19850 |  |  |  |  |  |
|  | Citi Cards/ Citibank PO Box 6500 Sioux Falls, SD 57117-6500 |  |  |  |  |  |
|  | Citi Cards/ Citibank PO Box 6500 Sioux Falls, SD 57117-6500 |  |  |  |  |  |
|  | CitiBank/Sears P O Box 6241 Sioux Falls, SD 57117 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank 601 S Minnesota Avenue Sioux Falls, SD 57104 | | | | | |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | HSBC Bank PO Box 5253 Carol Stream, IL 60197 | | | | | |
| | JFK Middle School 12350 S Essington Road Plainfield, IL 60585 | | | | | |
| | Kohls/Chase PO 3115 Milwaukee, WI 53201 | | | | | |
| | Michael M. Gelbort PhD PO Box 437 Highland Park, IL 60035 | | | | | |
| | Naperville Clinical Services 2272 West 95th Street Suite 115 Naperville, IL 60564 | | | | | |
| | Nicor Gas PO Box 8350 Aurora, IL 60507-8350 | | | | | |
| | Plainfield Fire Protection District PO Box 457 Wheeling, IL 60090 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Plainfield High School Central Camp 24120 West Fort Beggs Drive Plainfield, IL 60544 |  |  |  |  |  |
|  | Professional Health Association 12255 S 80th Avenue Suite 202 Palos Heights, IL 60463-1284 |  |  |  |  |  |
|  | Renuka H Bhatt, MDSC 2202 Essington Road Suite 101 Joliet, IL 60435-1634 |  |  |  |  |  |
|  | Ruby Toosevich 18434 Walter Street Lansing, IL 60438 |  |  |  |  |  |
|  | SyMed, Inc. PO Box 4947 Carol Stream, IL 60122-4947 |  |  |  |  |  |
|  | US Dept of Education PO Box 5609 Greenville, TX 75403-5609 |  |  |  |  |  |
|  | USAA Savings Bank PO Box 33009 San Antonio, TX 78265 |  |  |  |  |  |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 4 | CHASE BANK USA, N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | CHASE BANK USA, N.A. | | | | | |
| 6 | CHASE BANK USA, N.A. | | | | | |
| 7 | CHASE BANK USA, N.A. | | | | | |
| 8 | CHASE BANK USA, N.A. | | | | | |
| 9 | CHASE BANK USA, N.A. | | | | | |
| 1 | DISCOVER BANKDB SERVCIING CORPORATI | | | | | |
| 3 | FIA CARD SERVICES, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-19355 | BL | Judge: Bruce W. Black | Trustee Name: | MICHAEL G. BERLAND |
| Case Name: | BRANSON, CLARE ELLEN | | | Date Filed (f) or Converted (c): | 05/05/11 (f) |
| | BRANSON, WILLIAM EUGENE, JR | | | 341(a) Meeting Date: | 06/20/11 |
| For Period Ending: | 08/08/12 | | | Claims Bar Date: | 12/12/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2005 Ford Chateau-scheduled | 11,275.00 | 8,760.00 | | 12,000.00 | FA |
| The sum of $12,000 was received by the trustee for his equity in this vehicle and also for the equity in asset 2. | | | | | |
| 2. 2002 Ford Taurus-scheduled | 3,240.00 | 3,240.00 | | 0.00 | FA |
| $12,000 was received for assets 1 &2 | | | | | |
| 3. 2003 Ford Explorer | 4,575.00 | 0.00 | DA | 0.00 | FA |
| 4. 16233 S. Serenity, Plainfield-scheduled | 203,000.00 | 0.00 | DA | 0.00 | FA |
| 5. 15320 S. Sushine Circle,Plainfield-scheduled | 192,500.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash-scheduled | 60.00 | 0.00 | DA | 0.00 | FA |
| 7. Harris Bank-scheduled | 506.17 | 0.00 | DA | 0.00 | FA |
| 8. Chase Bank-scheduled | 1.08 | 0.00 | DA | 0.00 | FA |
| 9. Navy Federal Credit Union-scheduled | 67.65 | 0.00 | DA | 0.00 | FA |
| 10. Household furnishings-scheduled | 1,600.00 | 0.00 | DA | 0.00 | FA |
| 11. Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 12. Household appliances, cookware, draperies-sched | 600.00 | 0.00 | DA | 0.00 | FA |
| 13. Household goods-scheduled | 800.00 | 0.00 | DA | 0.00 | FA |
| 14. Wearing apparel-scheduled | 200.00 | 0.00 | DA | 0.00 | FA |
| 15. Wedding/engagement rings-scheduled | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 16. Child support due-scheduled | 221,280.00 | 0.00 | DA | 0.00 | FA |
| 17. Printer/fax-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 18. 2 digital cameras/camrecorder-scheduled | 50.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.18 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $641,554.90 | $12,000.00 | | $12,000.18 | $0.00 |

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-19355  BL  Judge: Bruce W. Black | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | BRANSON, CLARE ELLEN | Date Filed (f) or Converted (c): 05/05/11 (f) |
| | BRANSON, WILLIAM EUGENE, JR | 341(a) Meeting Date: 06/20/11 |
| | | Claims Bar Date: 12/12/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee compromised his interest in certain vehicles. The Trustee has filed his Final Report with the US Trustees Office.

Initial Projected Date of Final Report (TFR): 12/31/14     Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 11-19355 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BRANSON, CLARE ELLEN | Bank Name: | The Bank of New York Mellon |
| | BRANSON, WILLIAM EUGENE, JR | Account Number / CD #: | *******6465  Money Market Account |
| Taxpayer ID No: | *******6090 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/03/11 | 1 | First Midwest Bank | Payment of equity in vehicles per court order | 1129-000 | 12,000.00 | | 12,000.00 |
| | | | DEPOSIT CHECK #100264688 | | | | |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.08 | | 12,000.08 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,975.08 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.10 | | 11,975.18 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,950.18 |
| 01/05/12 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -25.00 | 11,975.18 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.07 | | 11,975.25 |
| 01/25/12 | | Transfer to Acct #*******5049 | Bank Funds Transfer | 9999-000 | | 11,975.25 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 12,000.25 | 12,000.25 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 11,975.25 | |
| Subtotal | | 12,000.25 | 25.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 12,000.25 | 25.00 | |

Page Subtotals        12,000.25        12,000.25

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-19355 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BRANSON, CLARE ELLEN | Bank Name: | The Bank of New York Mellon |
| | BRANSON, WILLIAM EUGENE, JR | Account Number / CD #: | *******6466  Checking Account |
| Taxpayer ID No: | *******6090 | | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals     0.00     0.00

Ver: 16.06d

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 11-19355 -BL | Trustee Name: MICHAEL G. BERLAND |
| Case Name: | BRANSON, CLARE ELLEN | Bank Name: Congressional Bank |
| | BRANSON, WILLIAM EUGENE, JR | Account Number / CD #: *******5049  Checking Account |
| Taxpayer ID No: | *******6090 | |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 01/25/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-003 | -0.07 | | -0.07 |
| * 01/25/12 | INT | Reverses Interest on 01/25/12 | INTEREST REC'D FROM BANK | 1270-003 | 0.07 | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******6465 | Bank Funds Transfer | 9999-000 | 11,975.25 | | 11,975.25 |
| 03/14/12 | 001001 | MICHAEL G. BERLAND<br>1 NORTH LASALLE STREET<br>STE 1775<br>CHICAGO, IL  60602 | Trustee Compensation | 2100-000 | | 1,925.01 | 10,050.24 |
| 03/14/12 | 001002 | Discover BankDB SERVCIING CORPORATION<br>PO Box 3025<br>New Albany, OH  43054-3025 | Claim 1, Payment 25.39387% | 7100-000 | | 1,850.38 | 8,199.86 |
| 03/14/12 | 001003 | American InfoSource LP as agent for Citibank NA<br>PO Box 248840<br>Oklahoma City, OK  73124-8840 | Claim 2, Payment 25.39387% | 7100-000 | | 1,074.75 | 7,125.11 |
| 03/14/12 | 001004 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Claim 3, Payment 25.39380% | 7100-000 | | 2,095.24 | 5,029.87 |
| 03/14/12 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 4, Payment 25.39397% | 7100-000 | | 639.25 | 4,390.62 |
| 03/14/12 | 001006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 5, Payment 25.39374% | 7100-000 | | 252.17 | 4,138.45 |
| 03/14/12 | 001007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 6, Payment 25.39371% | 7100-000 | | 1,283.69 | 2,854.76 |
| 03/14/12 | 001008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 7, Payment 25.39375% | 7100-000 | | 619.28 | 2,235.48 |
| | | | Page Subtotals | | 11,975.25 | 9,739.77 | |

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-19355 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BRANSON, CLARE ELLEN | Bank Name: | Congressional Bank |
|  | BRANSON, WILLIAM EUGENE, JR | Account Number / CD #: | *******5049  Checking Account |
| Taxpayer ID No: | *******6090 |  |  |
| For Period Ending: | 08/08/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/12 | 001009 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 8, Payment 25.39381% | 7100-000 |  | 1,417.79 | 817.69 |
| 03/14/12 | 001010 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE  19850-5145 | Claim 9, Payment 25.39390% | 7100-000 |  | 817.62 | 0.07 |
| 04/17/12 | INT | Congressional Bank | INTEREST REC'D FROM BANK | 1270-000 | -0.07 |  | 0.00 |

|  | COLUMN TOTALS | 11,975.18 | 11,975.18 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 11,975.25 | 0.00 |  |
|  | Subtotal | -0.07 | 11,975.18 |  |
|  | Less:  Payments to Debtors |  | 0.00 |  |
|  | Net | -0.07 | 11,975.18 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********6465 | 12,000.25 | 25.00 | 0.00 |
| Checking Account - ********6466 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********5049 | -0.07 | 11,975.18 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 12,000.18 | 12,000.18 | 0.00 |
|  | ============= | ============= | ============= |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        -0.07        2,235.41

Ver: 16.06d

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*